JOHN HUSTON *v.* WILLIAM HUSTON.

Bills of exception taken before a justice of the peace are required to be entered at length on his docket, and until so entered, they constitute no grounds on which to found a petition in error.

MOTION for leave to file a petition in error to reverse the judgment of the District Court of Greene county.

The original suit was brought by John Huston, the plaintiff in error, against William Huston, the defendant in error, before a justice of the peace, to recover specific personal property. The case was tried to a jury, who returned a verdict for the plaintiff.

The justice rendered judgment on the verdict. No bill of exceptions was entered on the docket of the justice, nor was any entry made showing that a bill of exceptions had been allowed.

Huston *v.* Huston.

William Huston filed a petition in error in the court of common pleas, asking the reversal of the judgment on the grounds of error committed by the justice on the trial, in excluding evidence, and in charging the jury.

There was filed with the petition in error a transcript of the docket entries of the justice; also a separate paper, which purported to be a bill of exceptions taken to the rulings of-the justice on the trial, which appeared to be signed and sealed by the justice.

The court of common pleas affirmed the judgment.

The district court, on error, reversed both the judgment of the common pleas and of the justice, on the ground of error appearing in the alleged bill of exceptions.

The present application is made to obtain the reversal of the judgment of the district court.

*J. A. Cook,* for the motion.

By THE COURT. The district court erred in reversing the judgment. No error appeared in the transcript of the justice's docket. The supposed bill of exceptions constituted no part of the record.

Section 93 of the justices act (66 Ohio L. 7) provides for taking bills of exception to the rulings of the justice on questions of law arising during the trial, and for making such bills of exception part of the record.

Section 204 of the act (S. & C, 805) requires the bill of exceptions to be entered at length on the docket. Until so entered, it constitutes no ground on which to found a petition in error.

Leave granted; judgment of district court reversed, and that of the common pleas affirmed.